AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| State of Rhode Island, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00439 |
| United States Department of the Interior, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, State of Connecticut and Katherine Dykes, Commissioner of Energy & Environmental Protection.

Date: 09/12/2025

/s/ Benjamin W. Cheney
*Attorney's signature*

Benjamin W. Cheney, ct29685
*Printed name and bar number*

State of Connecticut
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
*Address*

Benjamin.Cheney@ct.gov
*E-mail address*

(860) 808-5250
*Telephone number*

(860) 808-5386
*FAX number*