IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **State of Rhode Island**, **State of Connecticut**, **Katherine Dykes**, Commissioner of the Connecticut Department of Energy and Environmental Protection,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of the Interior**; **Douglas Burgum**, in his official capacity as Secretary of the Interior; **Bureau of Ocean Energy Management**; **Matthew Giacona**, in his official capacity as Acting Director of the Bureau of Ocean Energy Management; **Bureau Safety and Environmental Enforcement**; and **Kenneth Stevens**, Principal Deputy Director of the Bureau of Safety and Environmental Enforcement,<br><br>Defendants. | Case No. 1:25-cv-00439-MSM-PAS |

**NOTICE OF APPEARANCE**

1

The United States notices the appearance of Kristofor R. Swanson as attorney for Federal Defendants. Mr. Swanson is registered to use the Court's electronic case management and filing system and may be served electronically via CM/ECF. Alternatively, if necessary, Mr. Swanson may be served at the address in the signature block below.

September 15, 2025

        Respectfully Submitted,

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General

        _s/ Kristofor R. Swanson_
        KRISTOFOR R. SWANSON
        (Colo. Bar No. 39378)
        Natural Resources Section
        Environment & Natural Resources Div.
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 598-1937
        kristofor.swanson@usdoj.gov

        Overnight Address:
        4CON Mail Room 2.9000
        150 M Street NE
        Washington, D.C. 20002

        *Attorney for Federal Defendants*