AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| State of Rhode Island et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00439 |
| United States Department of the Interior et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Rhode Island.

Date: 09/15/2025

/s/ Maithreyi Ratakonda
*Attorney's signature*

Maithreyi Ratakonda NY Bar# 5060124
*Printed name and bar number*

States United Democracy Center
45 Main Street, Suite 320
Brooklyn, NY 11201
*Address*

mai@statesunited.org
*E-mail address*

(202) 999-9305
*Telephone number*

*FAX number*