AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| State of Rhode Island et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00439 |
| United States Department of the Interior et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Rhode Island.

Date:   09/15/2025

/s/ Max Kober
*Attorney's signature*

Max Kober NY Bar# 5911409
*Printed name and bar number*

States United Democracy Center
45 Main Street, Suite 320
Brooklyn, NY 11201
*Address*

max@statesunited.org
*E-mail address*

(202) 999-9305
*Telephone number*

*FAX number*