IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **State of Rhode Island**, **State of Connecticut**, **Katherine Dykes**, Commissioner of the Connecticut Department of Energy and Environmental Protection,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of the Interior**; **Douglas Burgum**, in his official capacity as Secretary of the Interior; **Bureau of Ocean Energy Management**; **Matthew Giacona**, in his official capacity as Acting Director of the Bureau of Ocean Energy Management; **Bureau of Safety and Environmental Enforcement**; and **Kenneth Stevens**, Principal Deputy Director of the Bureau of Safety and Environmental Enforcement,<br><br>Defendants. | Case No. 1:25-cv-00439-MSM-PAS |

**NOTICE OF APPEARANCE**

The United States notices the appearance of Amanda K. Rudat as counsel for Federal Defendants.  Ms. Rudat is registered to use the Court's electronic case management and filing system and may be served electronically via CM/ECF.  Alternatively, if necessary, Ms. Rudat may be served at the address in the signature block below.

September 16, 2025

        Respectfully Submitted,

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General

        *s/ Amanda K. Rudat*
        AMANDA K. RUDAT
        Me. Bar No. 010329
        Natural Resources Section
        Environment & Natural Resources Div.
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 532-3201
        amanda.rudat@usdoj.gov

        <u>Overnight Address</u>:
        4CON Mail Room 2.9000
        150 M Street NE
        Washington, D.C. 20002

        *Attorneys for Federal Defendants*