# Exhibit 6

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND;
STATE OF CONNECTICUT; and
KATHERINE DYKES, Commissioner of the
Connecticut Department of Energy and Environmental
Protection,

    Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF THE
INTERIOR; DOUGLAS BURGUM, Secretary of the
Interior, in his official capacity; BUREAU OF
OCEAN ENERGY MANAGEMENT; MATTHEW
GIACONA, Acting Director of Bureau of Ocean
Energy Management, in his official capacity;
BUREAU OF SAFETY AND ENVIRONMENTAL
ENFORCEMENT; and KENNETH STEVENS,
Principal Deputy Director of the Bureau of Safety and
Environmental Enforcement, in his official capacity,

    Defendants.

C.A. No. 1:25-cv-00439

## DECLARATION OF TRACY R. BABBIDGE

I, Tracy R. Babbidge, declare as follows:

  1.  I am currently the Bureau Chief of the Air Bureau at the Connecticut

Department of Energy and Environmental Protection (DEEP). I have held that position for

the past seven years, and I have been employed by DEEP in various positions since 1993. I

submit this declaration in support of Plaintiffs' preliminary injunction motion.

  2.  In my current position as the Bureau Chief of the Air Bureau, I lead

approximately 100 employees across four divisions: Engineering, Planning, Enforcement,

1

and Radiation. I oversee Connecticut's statewide air monitoring network and direct strategies on clean air and climate change. I have held this position since 2018.

3.    During this time, I also served as the Acting Deputy Commissioner for the Environmental Quality Branch at DEEP. In that role, I oversaw approximately 350 staff members across three Bureaus: Air, Materials Management and Compliance Assurance, and Water Protection and Land Reuse, and I managed programs addressing Connecticut's air, water, land protection, permitting, monitoring, enforcement, and site remediation.

4.    Between 2011-2018, I served as the Bureau Chief for the Bureau of Energy and Technology Policy at DEEP, which I assisted in establishing in 2011. In that role, I worked to achieve the Bureau's mission to integrate energy and environmental policy into a cohesive framework designed to achieve Connecticut's goals of clean, reliable, and affordable energy. As part of that work, I developed and implemented several versions of Connecticut's Clean Energy Strategy (CES) and Integrated Resource Plan (IRP), established the framework for conducting clean energy procurements, and developed the nation's first microgrid to enhance grid resiliency after Hurricane Sandy.

5.    Between 1993-2011, I held various positions in the Air Bureau, and in those roles, I developed several initiatives directed at curbing pollution in Connecticut and addressing climate change, including implementing the Regional Greenhouse Gas Initiative (RGGI), developing Connecticut's first clean diesel plan, coordinating efforts to ensure adequate supplies of oil and gasoline in Connecticut, and executing a plan to phase out the gasoline additive MTBE.

6.    Based on over thirty years of experience in working on issues concerning energy and energy procurement, emissions and pollution, and renewable energy standards

and grid resiliency, I can confidently state that, if the Revolution Wind project is cancelled or significantly delayed, the New England region, including Connecticut, will experience more pollution in the near future than it would experience if Revolution Wind comes online when it is expected to in 2026, and provides the anticipated 304 megawatts of power contracted to Connecticut and the anticipated 400 megawatts of power contracted to Rhode Island.

7.     Revolution Wind has been part of Connecticut's Comprehensive Energy Strategy since 2018, when it entered into power purchase agreements with Connecticut's two investor-owned electricity distribution companies. Since then, Revolution Wind's anticipated megawatts have been incorporated into the State's planning in IRPs; when calculating the State's ability to meet its climate and renewable energy goals; and when making other policy and statutory changes to achieve the State's climate and renewable energy goals, such as establishing a net zero target by 2050.

8.     Revolution Wind is expected to interconnect to the ISO New England (ISO-NE) grid in Kingston, RI. When it does, Revolution Wind will immediately become a very desirable source of power for ISO-NE and ratepayers throughout New England. ISO-NE makes daily power procurement decisions about which power will supply the New England grid by matching generation with demand.

9.     Revolution Wind's power delivered to the ISO-NE grid will, in nearly all hours it runs, displace a fossil fuel resource. This will be true for all of Revolution Wind's power, including both the 304 megawatts contracted to Connecticut and the additional 400 megawatts contracted to Rhode Island. In 80% of current running hours, a natural gas resource is the marginal resource in New England. Accordingly, in at least 80% of hours, if

there is power available from a new zero marginal cost resource it will displace an emitting natural gas resource.

10.     Natural gas is the primary fuel source for power generation on the ISO-NE grid. But in the winter, many New England homes also rely on natural gas for heating. Because of the contractual relationships surrounding many of the pipelines that provide natural gas to the region, usage for heating homes is prioritized over usage for powering the electric grid. This is because, unlike natural gas distribution utilities in the region, which have signed contracts for firm supply delivery using the region's pipelines, a large share of the natural gas power generation in New England does not have firm contracts for pipeline gas or for alternative backup fuel. These power generators instead rely on surplus gas pipeline capacity available during time periods when the natural gas distribution utilities do not need their full contracted amounts. On the coldest days, there is limited surplus natural gas pipeline capacity available as natural gas distribution utilities experience higher demand from gas heating from their customers, and the flow of gas in the region goes to these utilities under their firm contracts. The result is that surplus gas for power generation in the region is limited; the price of this natural gas, where available, is very high; and not every generator can get fuel needed to operate. During these times, large portions of the region's natural gas generation fleet can be unavailable to generate power.

11.     In the winter, when natural gas supplies for power generation are more expensive and constrained, older, more polluting oil units are often dispatched instead of gas as the marginal resource. These oil units are more expensive than gas during most times of the year but can be economic during the winter due to gas constraints.

12.     One of the great benefits of offshore wind power to the ISO-NE grid is that wind blows strongest and steadiest in the winter, which is when Connecticut frequently experiences a constrained supply of natural gas. In addition to being more expensive to run, oil burning plants emit more greenhouse gases than natural gas plants per unit of power. Moreover, residual oil burning plants (a particularly contaminating type of oil burning plant) emit both particulate matter and nitrogen oxides, which can have serious negative impacts on air quality, especially locally around the oil burning plant. These oil burning plants, with their increased emissions, are currently frequently needed to meet electricity demand in New England during the coldest days in winter. Connecticut has residual oil burning plants in New Haven, Montville, and Middletown.

13.     When Revolution Wind comes online, the ISO-NE grid will have fewer days where oil burning power is necessary to meet demand or will be able to run oil units at a lower output, reducing the oil burning and the associated pollutants.

14.     A good example of how Revolution Wind will reduce air pollution in Connecticut occurred in 2023. Millstone—which is a two-unit nuclear power plant in Connecticut that supplies an estimated 16 million megawatt-hours of zero carbon electricity annually, or approximately 14% of regional load—experienced an extended unplanned outage at one of its units, resulting in a greater reliance on emitting resources. Had Revolution Wind been operational at that point, ISO-NE would have been able to select less power from emitting resources because of the power Revolution Wind would have been supplying.

15.     Connecticut suffers from some of the worst air quality in the U.S. The State has failed to meet the National Ambient Air Quality Standards (NAAQs) for ozone (smog)

for nearly 50 years, and is currently classified by the U.S. EPA as being in "severe" and "serious" nonattainment of federal health-based air quality standards. Exceeding these federal standards puts the health of our residents at risk, especially the health of children, the elderly, and individuals with respiratory issues and has significant cost implications.

16.     As an example of the health care cost impacts, according to the Connecticut Department of Public Health, in 2023, Connecticut incurred nearly $120 million in acute care charges due to asthma as a primary diagnosis.

17.     In 2024, Connecticut exceeded federal health-based ozone standards on 23 days (an increase from 19 days in 2023). There have been 21 ozone exceedance days so far in 2025 (this is a partial data set as the ozone season doesn't end until September 30th). That means the State's unhealthy air quality levels required air quality advisories telling the public to take precautionary steps, such as limiting time outdoors and remaining in air-conditioned spaces, if available. The most vulnerable populations are hit the hardest, such as seniors, children, and those suffering from asthma or other respiratory diseases. People experiencing severe symptoms from air pollution exposure are more likely to miss work or school and seek medical treatment.

18.     Connecticut communities consistently rank highly in the Asthma and Allergy Foundation of America's annual "Asthma Capitals" list. In the 2025 report, three Connecticut cities were ranked in the top 100 most challenging cities to live in with asthma (Hartford #7, Bridgeport #52, and New Haven #63). Hartford has the fifth highest rate of asthma in all cities examined for the report. Additionally, the American Lung Association's annual State of the Air Report, released in August 2025, found that, once again, Connecticut received an F grade in four of its eight counties for high ozone days, and that Fairfield

County ranked 22nd in the country for most polluted counties to live in, measured by ozone and particle pollution.

19.    Procuring energy from renewable sources, such as Revolution Wind as part of a broader clean energy portfolio, is a vital part of the strategy to help Connecticut improve its air quality and reduce the negative health impacts to its citizens.

20.    Based on my over thirty years of experience working on clean air issues in Connecticut, and on matters closely related to energy, I can say that New England, including Connecticut, will experience more pollution on any given day without Revolution Wind operational than it would on the same day if Revolution Wind was operational. Any day of delay is therefore an irreparable harm that would not have otherwise occurred. That harm, of course, is amplified the longer any delay occurs. And even more so if the Revolution Wind project is cancelled.


I declare under penalty of perjury that the foregoing is true and correct.

Executed in Hartford, Connecticut on September 16, 2025.




Tracey R. Babbidge
Bureau Chief, Air Bureau
Connecticut Department of Energy and Environmental Protection


7