# Exhibit 2

to

# Federal Defendants' Motion to Transfer Venue



**United States Department of the Interior**
BUREAU OF OCEAN ENERGY MANAGEMENT
WASHINGTON, DC 20240-0001

Mr. Peter Allen
Revolution Wind, LLC
56 Exchange Terrace, Suite 300
Providence, Rhode Island 02903

Dear Mr. Allen:

This letter is to inform you that the Bureau of Ocean Energy Management (BOEM) has approved the Construction and Operations Plan (COP) submitted by Revolution Wind, LLC (Revolution Wind) on March 13, 2020, and last updated on March 1, 2023, for the Revolution Wind Farm and the Revolution Wind Export Cable (Project) on commercial lease OCS-A 0486, which is offshore Rhode Island. Pursuant to 30 C.F.R. § 585.628(f)(1), BOEM's approval is subject to the enclosed Conditions of COP Approval.

In conjunction with this COP approval, and pursuant to both 30 C.F.R. § 585.200(b) and Section 6 of lease OCS-A 0486, BOEM hereby grants the project easement requested by Revolution Wind on June 12, 2023, and updated on August 7, 2023. Enclosed are updated copies of Addenda A and D, which describe and depict the project easement for commercial lease OCS-A 0486.

To maintain compliance with the approved COP, Revolution Wind must submit annual reports certifying compliance with the enclosed conditions of approval, pursuant to 30 C.F.R. § 285.633(a). These reports are due annually starting on January 31, 2024.

The first year's rent payment of $13,125 for the project easement is due within 45 days of your receipt of this letter. For the next year and for each subsequent year, annual rent for both the lease area and the project easement area is due on each lease anniversary. Accordingly, the next annual rent payment is due on October 1, 2024.

This letter constitutes a final BOEM decision that may be appealed pursuant to 30 C.F.R. § 585.118.

If you have any questions regarding this matter, please contact Whitney Hauer, Project Coordinator, at (571) 536-8698 or Whitney.Hauer@boem.gov.

Sincerely,

KAREN BAKER
Digitally signed by KAREN BAKER
Date: 2023.11.17 17:34:56 -05'00'

Karen J. Baker
Chief
Office of Renewable Energy Programs

Enclosures