UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND et al., <br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR et al., <br><br> *Defendants*. | C.A. No. 1:25-cv-00439 <br><br> Hon. Mary S. McElroy |

**MOTION OF GREEN OCEANS TO INTERVENE AS
DEFENDANT AND DEFER FILING ANSWER**

Proposed Defendant-Intervenor, Green Oceans, moves to intervene as of right as Defendant in this case under Federal Rule of Civil Procedure 24(a)(2), or, alternatively, seeks permissive intervention under Federal Rule of Civil Procedure 24(b). In support of its motion, Green Oceans is also filing its memorandum in support of intervention, explaining that Green Oceans satisfies all the requirements for intervention of right, and supporting declarations.

Green Oceans also seeks leave to file its Answer or other responsive pleading under Federal Rule of Civil Procedure 24(c) by the same deadline as the Federal Defendants in this case.

Counsel for Green Oceans conferred with counsel for Plaintiffs, Rhode Island and Connecticut, and with counsel for the Federal Defendants on September 17, 2025. Rhode Island and Connecticut oppose the motion to intervene. Federal Defendants take no position on the motion.

For these reasons, and those set forth in the accompanying memorandum in support, Green Oceans asks that this Court grant its motion to intervene and allow it to defer filing its Answer.

Respectfully submitted,

/s/ Thomas W. Lyons
Thomas W. Lyons, Esq.
Rhode Island Bar No. 2946
One State Street, Suite 600
Providence, RI 02908
Tel.: (401) 456-0700
Fax.: (401) 421-4730
tlyons@straussfactor.com

Roger J. Marzulla (Pro Hac Vice Pending)
D.C. Bar No. 394907
Marzulla Law, LLC
1150 Connecticut Ave., NW
Suite 1050
Washington, DC 20036
Tel: (202) 822-6760
roger@marzulla.com

September 18, 2025                                    Attorney for Green Oceans

## CERTIFICATION

I hereby certify that on September 18, 2025, a copy of the foregoing was filed and served electronically on all registered CM/ECF users through the Court's electronic filing system and served by email on attorneys for defendants. Parties may access this filing through the Court's CM/ECF system.

/s/ Thomas W. Lyons
