# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| STATE OF RHODE ISLAND et al.,<br>*Plaintiff*, | ) ) ) ) ) | |
| v. | ) ) | C.A. No. 1:25-cv-00439 |
| UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>*Defendants*. | ) ) ) ) ) ) | Hon. Mary S. McElroy |

**Declaration of Elizabeth Quattrocki Knight**

I, Elizabeth Quattrocki Knight, under 28 U.S.C. § 1746, hereby declare:

1. I am Elizabeth (Lisa) Quattrocki Knight, M.D., Ph.D. I am the co-founder and President of Green Oceans, a nonprofit 501(c)(3) dedicated to protecting to protecting the ocean from industrialization, and in particular, to protect Cox Ledge, a unique ocean habitat that supports a plethora of diverse marine life off the coast of Rhode Island. Green Oceans was founded, along with my co-founder Bill Thompson, to safeguard Cox Ledge—a unique marine habitat that sustains diverse marine life off the coast of Rhode Island—and to preserve the broader ocean environment. Our mission is to educate the public about the ocean's ecological importance and to promote its continued health and biodiversity. Our members are like-minded individuals and organizations that share a desire to protect the natural habitat of the ocean from industrialization and to preserve the marine ecosystem, from the smallest plankton to the largest whale. This includes protecting food sources and water supply from contamination by industrialization and from invasive species that are a byproduct of industrialization. Industrial development in the ocean directly interferes with our ability to carry out that mission and harms the interests of our members, who seek to use, enjoy, and protect these marine resources.

2.     Green Oceans' work became urgent when the Government approved South Fork Wind and Revolution Wind, large offshore wind projects that will cover much of Cox Ledge. Recognizing the threat these projects pose to this critical habitat and to the interests of our members, we formed Green Oceans to provide research, education, and transparency about their impacts. Traditional conservation groups often assumed offshore wind was a necessary climate solution, but neither the Government nor the developers have presented empirical evidence that these projects reduce carbon emissions or mitigate climate change. Developers typically justify their projects as fulfilling state mandates, not as delivering environmental benefits. Green Oceans fills a gap by representing the concerns of its members, asking hard questions, evaluating science, and ensuring that the risks to the ocean, its biodiversity, and the human environment are fully considered.

3.     The Government also never makes definitive claims that offshore wind will help combat climate change. In fact, the Bureau of Ocean Energy Management (BOEM) states the opposite on several occasions. In the Vineyard Wind Final Environmental Impact Statement, BOEM declares, "Climate change, including ocean acidification, ocean warming, and sea-level rise, also affects coastal habitats. All of these ongoing impacts will continue *regardless* of the offshore wind industry."[1] BOEM goes on to say, "[o]verall, it is anticipated that there would be *no collective impact* on global warming as a result of offshore wind projects, including the Proposed Action alone. . . ."[2] Regardless, traditional conservation groups have all assumed

---

[1] Bureau of Ocean Energy Management, *Vineyard Wind 1 Offshore Wind Final Environmental Impact Statement Vol. I* (Mar. 2021) at 3-6, https://www.boem.gov/renewable-energy/state-activities/vineyard-wind-1-feis-volume-1 (emphasis added).
[2] Bureau of Ocean Energy Management, *Vineyard Wind 1 Offshore Wind Final Environmental Impact Statement Vol. II* (Mar. 2021) at A-66, https://www.boem.gov/renewable-energy/state-activities/vineyard-wind-1-feis-volume-2 (emphasis added).

offshore wind is a necessity, without rationally evaluating the risks versus the benefits. Some must speculate that if we install enough offshore wind projects, eventually they will help. But as the Washington Post acknowledged back in 2016, the more intermittent renewable energy sources we install, the more dependent we will be on natural gas.[3] My co-founder and I recognized the need to ask questions, research the science, and educate the public about the risks and benefits because no other NGO was functioning as a watchdog over these developments on behalf of the ocean or the human environment. We were also concerned about the lack of transparency. We formed Green Oceans to perform academic research, educate the public, provide transparency, and protect biodiversity, the ocean, and the human environment. I have subsequently devoted myself to Green Oceans for the past two years.

4. Green Oceans aims to prevent irreversible damage to the marine ecosystem and coastal communities and dedicates time to researching literature, analyzing data, and educating the public about the importance of the ocean, Cox Ledge, and marine species to our planet's health, and the risks of offshore development to the ocean. Green Oceans also advocates for more transparency from the Government and developers about the known and unknown risks of offshore development. We have called upon BOEM to prove the benefits of offshore wind, which has yet to happen.

5. I am a part-time assistant psychiatrist at McLean Hospital and lecturer at Harvard Medical School. I have a background as a scientist, a physician, and a conservationist. I received my undergraduate degree from Stanford University and then earned both my MD and PhD, in the Federal Medical Scientist Training Program, from Yale University. During my years as a

---

[3] Chris Mooney, *Turns Out Wind and Solar Have a Secret Friend: Natural Gas* (Aug. 11, 2016), https://www.washingtonpost.com/news/energy-environment/wp/2016/08/11/turns-out-wind-and-solar-have-a-secret-friend-natural-gas/.

graduate student in neuroscience, I spent time at the Woods Hole Marine Biological Lab, co-authoring papers on a marine mollusk species.[4] Later in my career, my research as a neuroscientist and psychiatrist involved oxytocin and the von Economo neurons. Von Economo neurons are a special group of neurons in the region of our "social brain." Humans, particularly those who age without suffering from dementia, express these unique neurons, as do whales, dolphins, and elephants. I published a paper in 2014 that included a discussion of these neurons.[5]

6.  We are a research and educational organization made up of scientists, doctors, educators, fishermen, sailors, boaters, bird watchers, whale lovers, artists, local business leaders, aviators, underwater divers, members of local Native American tribes, ex-military personnel, and homeowners who feel a deep personal connection to the ocean. We recognize the need to combat climate change but understand that sacrificing the ocean and the biodiversity it supports will cause more harm than good. Our members include dozens of individuals who have been impacted by the Government's approval of Revolution Wind, benefited from the August 22, 2025 Work Stop Order issued for Revolution Wind, and who will be irreparably harmed if that Work Stop Order is vacated. For example,

- Member, Chris Brown, has been a commercial cod fisherman since 1976. He has long fished the waters of Cox Ledge, where the Revolution Wind Project now sits—one of the most productive cod grounds in the region. Cox Ledge is critical to sustaining the cod population. The approval, construction, and operation of Revolution Wind have

---

[4] Quattrocki, E. A., Marshall, J., Kaczmarek, L. K, *A Shab potassium channel contributes to action potential broadening in peptidergic neurons*" (Neuron, 1994); Knox, R. J., Quattrocki, E. A., Connor, J. A., Kaczmarek, L. K, *Recruitment of Ca2+ channels by protein kinase C during rapid formation of putative neuropeptide release sites in isolated Aplysia neurons* (Neuron, 1992).

[5] Quattrocki, E. & Friston, K., *Oxytocin, Interception, and Autism, Neuroscience and Biobehavioral Reviews* (2014), http://dx.doi.org/10.1016/j.neubiorev.2014.09.012.

devastated Brown's operations, forcing him from waters he has relied on for nearly five decades.

- Member, Richard Hittinger, has fished recreationally on Cox Ledge and in the waters where Revolution Wind is partially built for more than 50 years. Since construction began, he has experienced the worst fishing of his lifetime in those waters.

- Member, William Vanderhoop, is a member of the Wampanoag Tribe of Gay Head/Aquinnah. The Wampanoag Tribe has been threatened by the Project by its burial grounds and cultural landscapes. This has had an impact on the Tribe's identity and its members. William Vanderhoop has fished on Cox Ledge and in the Revolution Wind area for 65 years. For 38 years he has run a charter business for fishing and whale watching in those waters, which historically were among the most productive. Since construction began, Vanderhoop has found very few fish and almost no whales near Cox Ledge. To provide his clients with meaningful trips, he is now forced to travel hours out of his way to avoid the Project area.

- Member, Lauren Knight, is a recreational sailor who regularly sails in and near the Project site. Since construction began, she has been forced to reroute her sailing trips because of the Project's lights, noise, and navigational hazards. Construction has destroyed her ability to enjoy those waters.

- Member, Barbara Chapman, owns a historic property in the Ocean Drive Historic District, a National Historic Landmark. The value of her property and the District derives from its historic, unbroken ocean views. Since Revolution Wind construction began, those views have been marred by turbines and monopiles, destroying the open-ocean vistas that have defined the property and the District for generations.

7. Revolution Wind's partial construction has already harmed the interests of Green Oceans and its members. The Project has damaged biodiversity, disrupted the ecologically vital Cox Ledge area, displaced fishermen who rely on these waters, and diminished the ability of our members to use and enjoy the marine environment. As additional turbines are installed and operations commence, these impacts will intensify. BOEM's Final EIS understated the extent of these harms, including by minimizing the number of local fishermen who depend on Cox Ledge, and thus failed to recognize the full impact on fisheries and coastal communities that our members represent and rely upon. Despite this, they still acknowledged in the Record of Decision that the project will have "Major Adverse Impacts" on commercial and recreational fishing, the highest level of impact considered.

8. Cox Ledge is an area of vital and unique benthic habitat that supports a wide variety of marine life, including a plethora of fish. This area is critical for Atlantic cod spawning and is one of the most productive areas for commercial fishing off Rhode Island. Revolution Wind sits directly on top of a large portion of Cox Ledge, and the pile driving and dumping of scour protection has devastated the ocean floor, decimating the benthic habitats, plankton counts, fish species, and overall biodiversity located within Cox Ledge.

9. The complex benthic habitat of Cox Ledge supports not just the biodiversity of the region itself but seeds the biodiversity of the entire New England area. The cold waters of the Labrador Current from the north bring nutrients, and then mix with the warm waters of the Gulf Stream and the fresh estuary waters of the Sakonnet River. Their convergence on Cox Ledge helps generate the unique diversity of this region. Not only will the construction destroy the benthic habitat, but the monopiles themselves will alter the currents and the seasonal stratification that is vital to maintaining this habitat. BOEM recognizes that building out the

offshore wind projects in this area will alter these crucial currents[6], and yet the knowledge from the very study they funded did not impact their decision. They permitted the projects in this area, regardless.

10. Green Oceans submitted 1,526 signatures in support of NOAA's proposed regulation declaring Cox Ledge a Habitat Area of Particular Concern. Currently, the number of signatures in support of this regulation has grown to over 3,300. However, the designation came too late to help protect Cox Ledge from the devastating effects of offshore wind construction.

11. Green Oceans submitted comments on the Draft North Atlantic Right Whale and Offshore Wind Strategy through its attorneys at Eubanks & Associates, PLLC. These comments addressed various issues with the Draft Strategy and recommended improvements, improvements that were largely ignored by NMFS and BOEM. I also submitted comments on the Revolution Wind Draft Environmental Impact Statement[7] and the Incidental Harassment Authorization issued by NOAA.[8]

12. In July 2024, Green Oceans became aware of another major risk posed by offshore wind—the degradation of the materials and possibility of those materials collapsing into the ocean. In July, a large portion of a 52 ton, 350-foot-long fiberglass and PVC blade on one of the Vineyard Wind turbines—a project off the coast of Nantucket—broke off and shattered into the ocean, scattering thousands of tons of toxic plastics and materials into the ocean. In the

---

[6] Thomas L. Johnson et al., *Hydrodynamic Modeling, Particle Tracking and Agent-Based Modeling of Larvae in the U.S. Mid-Atlantic Bight* (June 2021) at 90, https://espis.boem.gov/final reports/BOEM_2021-049.pdf.
[7] Elizabeth Knight, *Public Comment on Notice of Revolution Wind Draft Environmental Impact Statement, BOEM-2022-0045-0093* (Oct. 18, 2022), https://www.regulations.gov/comment/BOEM-2022-0045-0093.
[8] Elizabeth Lewis, *Green Oceans Public Comment on Revolution Wind Incidental Take Authorization*, NOAA-NMFS-2022-0127-0389 (Feb. 3, 2023), https://www.regulations.gov/comment/NOAA-NMFS-2022-0127-0389.

months following the collapse of that blade, Green Oceans members and I removed debris from the beaches, and we installed trash barrels with signage to facilitate clean-up efforts. Members extended our clean-up efforts through the 3rd day of September 2024 and continued to find blade debris. We are also conducting a scientific analysis of the plastic contaminants from the blade failure on local beaches.

13. Many pounds of blade debris washed up in sensitive coastal habitats in Southern Massachusetts and Rhode Island. As a PhD in Neuroscience (supervised by the Chairman of the Pharmacology Department) and a fully licensed physician affiliated with Harvard Medical School, I have toxicology experience. I reviewed the data safety information sheet provided by Vineyard Wind and am alarmed by the number of toxins and hazardous substances contained in this debris. The vast majority of the blade debris consists of Polyvinyl Chloride (PVC) foam, polystyrene, and Polyethylene terephthalate (PET). As the safety data sheet explains, exposure to sunlight, wind, rain, and ocean water will degrade PVC foam. Tons of littered debris, now exposed to the elements, have polluted our coastal waters, contaminating the marine food chain with microplastics. The peer-reviewed article published in the journal, "Materials," in January of this year attests to the dangers of PVC stating, "PVC is considered as the most environmentally damaging plastic and one of the most toxic substances for inhabitants of our planet."[9] PET is also potentially toxic to humans and marine life. A recent study found that PET fibers were commonly found in the tissues of marine mammals.[10] These microplastics can cause

---

[9] Marcin H. Kudzin et al., *Risks Associated with the Presence of Polyvinyl Chloride in the Environment and Methods for Its Disposal and Utilization* (Dec. 28, 2023), https://doi.org/10.3390/ma17010173.
[10] *See* Greg Merrill, et al., *Microplastics in Marine Mammal Blubber, Melon, & Other Tissues: Evidence of Translocation* (Oct. 15, 2023), https://doi.org/10.1016/j.envpol.2023.122252.

inflammation, tissue damage, fertility problems, endocrine disruption, and behavioral changes, diminishing the resiliency of marine species, including baleen whales.[11]

14. PVC and PET are not the only toxin contained in the blade debris. The epoxy resins that impregnate the blades contain large quantities of Bisphenol A (BPA). BPA acts like a hormone in the body, and can increase the risk of prostate, breast, and ovarian cancer.[12] BPA can also cause weight gain,[13] influence development,[14] and alter the immune system.[15] The PVC foam contains toxic additives and resins that are released when the foam degrades.[16] The material safety data sheet by Vineyard Wind on the composition of the blade lists a plethora of harmful substances, many of which are considered cancer-causing, including styrene,[17] phthalates, formaldehyde,[18] benzene,[19] PFAs,[20] and butadiene.[21] Many of the compounds listed

---

[11] *See id.*; *see also* Natalie Zolotova, et al., *Harmful Effects of the Microplastic Pollution on Animal Health: A Literature Review* (June 14, 2022), https://peerj.com/articles/13503/.

[12] Hui Gao et al., *Bisphenol A and Hormone-Associated Cancers: Current Progress and Perspectives* (Jan. 2015), https://journals.lww.com/md-journal/fulltext/2015/01010/bisphenol_a_and_hormone_associated_cancers_.6.aspx.

[13] Minh T. Do et al., *Urinary Bisphenol A and Obesity in Adults: Results from the Canadian Health Measures Survey* (Dec. 2017), https://pubmed.ncbi.nlm.nih.gov/29236378/.

[14] Mass.gov, *Protect Your Baby from BPA (Bisphenol A),* https://www.mass.gov/info-details/protect-your-baby-from-bpa-bisphenol-a (last visited Aug. 20, 2024).

[15] Thea Golden et al., *Immunomodulatory Role of EDCs in Disrupting Metabolic Health*, ENDOCRINE DISRUPTION AND HUMAN HEALTH (Philippa D. Darbre, ed., 2d ed. 2022).

[16] National Toxicology Program,*15th Report on Carcinogens* (Dec. 21, 2021), https://www.ncbi.nlm.nih.gov/books/NBK590797/.

[17] *Id.*

[18] National Cancer Institute, *Formaldehyde,* https://www.cancer.gov/about-cancer/causes-prevention/risk/substances/formaldehyde (last visited Aug. 20, 2024).

[19] U.S. Centers for Disease Control and Prevention, *Benzene: Chemical Fact Sheet,* https://emergency.cdc.gov/agent/benzene/basics/facts.asp#:~:text=The%20Department%20of%20Health%20and,of%20the%20blood%2Dforming%20organs (last visited Aug. 20, 2024).

[20] National Cancer Institute, *PFAS Exposure and Risk of Cancer,* https://dceg.cancer.gov/research/what-we-study/pfas (last visited Aug. 20, 2024).

[21] Agency for Toxic Substances and Disease Registry, *ToxFAQs for 1,3-Butadiene,* https://wwwn.cdc.gov/TSP/ToxFAQs/ToxFAQsDetails.aspx?faqid=458&toxid=81 (last visited Aug. 20, 2024)

in the data safety sheet are labeled "toxic" and "very toxic" to aquatic life with long-lasting effects. Wind Power Monthly reports that, globally, 0.54% of turbine blades fail every year.[22] Thus, we might expect to see several blade failures within the lifetime of the Revolution Wind project alone. Given that each blade weighs 70 tons, just 4 blade failures from Revolution Wind over its 20-year lifespan could pollute our ocean with 280 *tons* of toxic chemicals. I anticipate, as do many of my fellow Green Oceans members, that pollution from blade failures will continue to pollute our waters and contaminate the marine food chain with cancer-causing toxins.

15. Protected marine life in the Revolution Wind Project area, which Green Oceans' members often enjoy observing, are also put at extreme risk by the Project's construction. During construction of the adjacent and smaller South Fork Project in 2023, three dead whales were found near the South Fork Project area. Revolution Wind's construction, which is more than 5 times larger than South Fork, threatens the continued existence of marine mammals that live in and travel through the Revolution Wind Project area. Five North Atlantic Right Whales, 24 Minke whale deaths, and 20 Humpback whale deaths in 2024.[23] Of these deaths, 17 (35%) have occurred off the coast of RI and MA, the general vicinity of the Revolution Wind project.[24] Construction noise, underwater blasting, increased vessel traffic, and impacts to the underwater habitat and food sources by construction threaten whales and create more opportunities for these whales to become injured. Despite NOAA's attempt to dismiss the connection between whale deaths and offshore wind construction, our analysis suggests otherwise. We have submitted

---

[22] Shaun Campbell, *Annual Blade Failures Estimated at Around 3,800* (May 14, 2015), WIND POWER MONTHLY, https://www.windpowermonthly.com/article/1347145/annual-blade-failures-estimated-around-3800.

[23] NOAA Fisheries, *2017–2024 North Atlantic Right Whale Unusual Mortality Event*, https://www.fisheries.noaa.gov/national/marine-life-distress/2017-2024-north-atlantic-right-whale-unusual-mortality-event (last visited Nov. 13, 2024).

[24] *Id.*

multiple petitions to NOAA in our efforts to inform them about our findings. Of note, the recent Unusual mortality event for the North Atlantic right whale coincides with the onset of the seismic surveys conducted in the Revolution Wind lease area back in 2017.[25] This project threatens the continued existence of these whales, including the North Atlantic Right Whale, injuring Green Oceans' interests and the interests of those it represents, in protecting the marine environment and endangered and protected species for people to enjoy now and in the future.

16.     The Stop Work Order issued by BOEM on August 22, 2025, has alleviated, or at least paused, some of the injuries to Green Oceans and its members—injuries that began when the Government first approved the Project. By halting further construction, the Order has temporarily spared our members from the constant presence of construction vessels, disruptive underwater noise harmful to marine life, degradation of the ocean floor, and the installation of additional turbines in open ocean waters. But those injuries have not gone away. The turbines already built continue to impair fisheries, navigation, and historic viewsheds, and the ecological damage inflicted cannot be undone simply by pausing construction. Lasting relief will come only if the Government meaningfully reconsiders its approvals and addresses these harms. The Work Stop Order is intended to give the agencies time to determine whether the Project should be remanded or whether it complied with OCSLA and other federal law. Revolution Wind's effort to circumvent that pause, through filing this action, undermines both the very purpose of the Order and the Government's ability to determine whether its actions comply with federal law. If the Work Stop Order is lifted, the Project—which is already 80% complete—will advance to completion before the agencies have any real opportunity to reconsider, remand, or vacate approvals that may be unlawful, depriving Green Oceans' members of the only safeguard now in

---

[25] 82 Fed. Reg., 32,330 (July 13, 2017).

place. We have had concerns about allowing the project to move forward since its inception and filed our original lawsuit in January, 2024. Revolution Wind chose to proceed with construction despite knowing of our serious legal challenges.

I declare under penalty of perjury that the foregoing is true and correct.

Date Signed: September 17, 2025

s/ Elizabeth Quattrocki Knight
Elizabeth Quattrocki Knight