# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND et al., <br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR et al., <br><br> *Defendants*. | C.A. No. 1:25-cv-00439 <br><br> Hon. Mary S. McElroy |

**Declaration of Richard Hittinger**

I, Richard Hittinger, under 28 U.S.C. § 1746, hereby declare:

1. My name is Richard Hittinger, and I am a member of Green Oceans. As a recreational fisherman in Rhode Island for more than 50 years, I have fished the Rhode Island Sound, the area of Cox Ledge, and the area where the Revolution Wind Project is now being built. I have primarily fished in the area recreationally. Green Oceans is seeking to protect my interests as a fisherman by working to preserve Cox Ledge, the fisheries, and the ocean habitats that Revolution Wind threatens.

2. Professionally, I have decades of experience as the President and Chief Scientist of an environmental engineering and consulting firm. Part of this work included evaluating the environmental impacts of various projects, including evaluations under the National Environmental Policy Act, and preparing Environmental Impact Statements. I also served as the Vice President of the Rhode Island Saltwater Anglers for more than ten years, where I helped shape recreational fishing policy in Rhode Island for the 7,500 recreational saltwater anglers whom we represented.

1

3. I helped draft the Rhode Island Ocean Special Area Management Plan chapter on fishing and fisheries and served on Rhode Island's Coastal Resource Management Council's (CRMC) Fisheries Advisory Board for many years until my resignation in August 2023 following the approval of Revolution Wind, South Fork Wind, and Sunrise Wind. I resigned along with each of the other members of the Advisory Board because we felt that the CRMC was no longer following Rhode Island law and was actively approving and condoning the destruction of the ocean and disregarding the Board's advice and expert opinions.

4. During the Summer of 2023, I personally visited the area of the South Fork Wind Project, which is adjacent to the Revolution Wind Project and is also built on top of Cox Ledge. I tried fishing at some of my previously productive spots near the project but found that there were no cod or sea bass close to the turbines. While South Fork's construction and operation impaired my ability to fish, the impacts from Revolution Wind's construction have been even more severe.

5. Based on my observations, the construction of the turbines and the placement of cables in the previously pristine area of Cox Ledge, which includes Revolution Wind's project area, has disturbed the environment where I previously fished and would like to continue to fish, and they are chasing target species out of the area. Revolution Wind's impacts on fish in the area are caused by the generation of powerful sound waves through the water column during geotechnical surveys, construction of foundations and structures, and the operation of these facilities. In addition, significant benthic disturbance in the form of boulder relocation, excavation for cables, and placement of scour pads has destroyed large areas of habitat where target species such as cod have lived for thousands of years.

6. Along with my first-hand observations, Rhode Island's Ocean Special Area Management Plan, created by the Coastal Management Resource Council, states that major projects should not be constructed in areas of critical habitat such as Cox Ledge.

7. If completed, the Revolution Wind Project will permanently alter and impair fishing in and around its lease area. With each additional turbine installed, the degradation of Cox Ledge has become more pronounced. The cumulative impacts of South Fork, Revolution Wind, Sunrise Wind, and other East Coast projects are already wreaking havoc on Cox Ledge and its surrounding environment. These harms are unmistakable both in my work as an environmental scientist and engineer familiar with the area and in my experience as a recreational fisherman, where I have already seen a decline in the quality of fishing and the health of marine life. The BOEM Director's August 22, 2025 order halting construction is the only safeguard currently protecting Rhode Island's marine environment and those who depend on it. If that order is lifted, completion of the Revolution Wind Project will cause irreversible damage to Cox Ledge and its ecosystems, and will permanently diminish the ability of recreational fishermen like me—and countless others—to enjoy these waters.

I declare the foregoing to be true and correct under penalty of perjury.

Date Signed:   September 18, 2025

s/ Richard Hittinger
Richard Hittinger