# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF RHODE ISLAND et al.,<br>   *Plaintiff*,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF<br>THE INTERIOR et al.,<br><br>   *Defendants*. | C.A. No. 1:25-cv-00439<br><br>Hon. Mary S. McElroy |

**Declaration William D. Vanderhoop Jr.**

I, William D. Vanderhoop Jr., under 28 U.S.C. § 1746, hereby declare:

1. I am a member of Green Oceans. I operate a fishing charter and whale watching business that depends on the health and productivity of the coastal waters off Martha's Vineyard, Rhode Island, and Massachusetts. Revolution Wind's offshore construction, which began in May 2024, has already caused serious harm to my livelihood and to the healthy marine environment I rely on, by driving fish and whales away by increased vessel traffic and underwater machinery noise, and physical disturbance of the ocean floor and marine habitat. The Stop Work Order issued on August 22, 2025, has given me a partial reprieve by halting further construction and slowing the pace of damage. But that relief is only temporary. If the Stop Work Order is vacated, construction will immediately resume, the remaining turbines will be installed, and the harm to my business and the waters on which I depend will worsen irreversibly.

2. Green Oceans represents my interests by working to protect Cox Ledge, the coastal waters I have fished for decades, and the marine life that supports my charter and whale-watching business. The organization gives me and other members a collective voice to advocate

1

for the preservation of the ocean and to oppose projects, like Revolution Wind, that threaten our livelihoods and the marine environment we depend on.

3. I am a member of the Wampanoag Tribe of Gay Head (Aquinnah), a federally recognized Indian Tribe. My ancestors have lived on Martha's Vineyard for over 10,000 years, as fishermen, whalers, and farmers. I live with my family in our ancestral home on tribal land, overlooking the Gay Head Cliffs. Before the Government approved offshore wind development, I would look out my window and see the open ocean stretching to the horizon, alive with the sight of whales and dolphins breaching the surface. That view is now scarred by turbines, steel foundations, and industrial platforms. Starting in May 2024 and again in May of 2025, massive construction vessels cut through the water, and the pounding of pile driving—six to seven hours a day—reverberated through the air and land, shaking the walls of my home. The North Atlantic Rights Whales (sacred to my tribe) I once watched from my window have disappeared.

4. Fishing and whaling aren't just a business for me; they are my heritage. My great uncle, Amos Smalley, harpooned the only white sperm whale ever recorded, and when I was ten years old, he gave me one of the whale's teeth—a keepsake that connects me to my family's long history of fishing and whaling. I started fishing when I was four, and I've spent more than 65 years working the waters off Martha's Vineyard, especially around Cox Ledge, where the Revolution Wind Project now sits, partially constructed. That area has been a consistent and reliable fishing ground throughout my life up until Revolution Wind's construction started.

5. For the past 38 years, I've earned my living as a charter captain, offering fishing and whale-watching tours from Martha's Vineyard. Cox Ledge and the surrounding waters have always been ideal because the area is ecologically rich, teeming with marine life, and close enough to port to maximize time on the water for my clients. The area also sits directly along the

migratory routes of several whale species, including humpback, minke, sei, and the endangered North Atlantic Right Whale, making it a prime location for whale watching. I've built a reputation for putting people on fish—especially big game species—and that reputation has brought me both high-profile clients and a strong base of loyal customers who return season after season.

6. Calling Revolution Wind's construction devastating does not begin to capture the impact. When offshore construction began in May 2024, it tore apart the fishing grounds I have relied on for decades. The noise, vessel traffic, and disturbance of the ocean floor drove fish and whales from the waters that sustain my business.

7. The pile driving and constant vessel traffic have decimated the benthic habitat that made Cox Ledge such a productive fishing ground. Before construction began, my clients regularly caught striped bass, bluefish, fluke, albies, cod, yellowfin and bluefin tuna, marlin, dorado, wahoo, and sharks. The fishing was so plentiful that we would often hit our limits and switch to targeting other species. But since construction started, the fish are gone. The last two fishing seasons have been the worst I've experienced in nearly four decades. Charter after charter ended in frustration, and on many trips, I struggled to catch even one or two fish. My clients won't pay hundreds of dollars to come home empty-handed—and I don't blame them. The Stop Work Order has provided some relief by pausing further pile driving, but if it is lifted, the area will be permanently degraded and productive fishing in these waters will be permanently altered.

8. My clients don't book charters at $800 to $1,600 per day for sightseeing; they expect to catch fish. Normally, by mid-May I have around 40 charters booked through July. This year, I had only 10. The reputation of Cox Ledge as a productive fishing ground has deteriorated quickly—word has spread that the fish are gone.

9.      The decline in marine life is undeniable. I've won (or my boat has won) the Martha's Vineyard Striped Bass & Bluefish Derby nine times in the last 21 years, a tournament that has run for nearly 80 years and draws skilled anglers from across the region. But during the 2024 tournament, I caught only a single fish—and it was too small to qualify. I have never experienced a horrific season like that in my decades of fishing.

10.      Whale watching has also suffered dramatically. Before construction began, Cox Ledge and the surrounding waters were part of a well-established migratory corridor for humpback, minke, and endangered North Atlantic Right Whales. I could often spot whales from shore and reliably locate them for my tours. Now, those waters are silent. During pile driving activity last summer, I observed whales moving into water as shallow as 30 feet—far too shallow for their size—as they appeared to flee the intense underwater noise. Whale-tracking data confirms what I witnessed: most whales have diverted toward Cape Cod, abandoning their traditional migratory path through the project area. The impact on my whale-watching business has been significant. Normally, by mid-May I would have 8 to 10 whale-watching tours booked for the season, with 5 or 6 already scheduled. This year, I had only two scheduled for the summer by May. The Work Stop Order has provided some protection for whales by pausing pile driving and further construction, but if it is lifted, construction will resume and whales will be driven even farther from these waters, making it impossible to sustain my whale-watching business.

11.      To find fish and whales now, I must travel several hours farther offshore, which increases fuel costs and reduces the time clients spend on the water. That makes trips more expensive and less enjoyable, while staying in depleted waters risks disappointing clients.

12. Revolution Wind has already harmed my livelihood by driving away the fish and whales I depend on. The Stop Work Order is the only safeguard in place. If it is lifted, construction will resume and the damage to my business will quickly worsen.

I declare under penalty of perjury that the foregoing is true and correct.

Date signed: September 17, 2025

<u>/s/William D. Vanderhoop Jr.</u>
William D. Vanderhoop Jr.