# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF RHODE ISLAND et al., )<br>       *Plaintiff*, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE INTERIOR et al., )<br>)<br>       *Defendants*. )<br>) | C.A. No. 1:25-cv-00439<br><br>Hon. Mary S. McElroy |

**Declaration of Barbara Chapman**

I, Barbara Chapman, under 28 U.S.C. § 1746, hereby declare:

1. I am on Green Oceans' Executive Committee and a member of Cornwall Lodge LLC. Cornwall Lodge LLC owns my residence, Cornwall Lodge, at 205 Ocean Avenue, Newport, Rhode Island, located within the Ocean Drive Historic District.

2. My husband and I purchased Cornwall Lodge in 2010 and restored the main house, guest house, and grounds in accordance with the City of Newport Historic District Commission guidelines. The home, built in 1938, retains historic materials and design features and sits on a site historically depicted by landscape painter John F. Kensett. Our property includes a gazebo with unobstructed views across Gooseneck Cove toward Newport Harbor and the Atlantic.

3. Ocean Drive has been a nationally recognized historic district since 1976. Its value—and the value of properties within it—derives from the unimpeded, unindustrialized ocean views and associated coastal landscapes. Nearly every room in my home and guest house has a water view; the setting creates a constant visual connection to the ocean and surrounding marshes.

4.     These views are integral to the historic character and aesthetic enjoyment of my home, to my daily use of the property, and to the public's experience of Ocean Drive. On most days, members of the public stop outside to photograph our house and the marsh beyond. We also frequently visit nearby public viewpoints along Ocean Drive, including "Green Bridge," to enjoy open-ocean vistas.

5.     Since offshore construction began, my historic ocean viewshed has been marred by large construction vessels, steel foundations, and turbines associated with the Revolution Wind project. From the Ocean Drive's many public vantage points, the ocean horizon—previously open water—now includes visible turbines and industrial structures.

6.     The presence of turbines and construction platforms both by day and by night has substantially diminished the historic and aesthetic qualities that define my home and the Ocean Drive district. The change is not occasional; it is persistent and directly observable from my property, as well as from public viewpoints we regularly use.

7.     The Stop Work Order issued by BOEM on August 22, 2025 has provided a partial, temporary reprieve by pausing further construction and preventing additional turbines from being added to the viewshed while the agencies reconsider their approvals. This pause has limited further immediate degradation of our historic ocean views.

8.     The reprieve is incomplete. Existing turbines and foundations remain visible and continue to impair the historic character and aesthetic enjoyment of my property and of the Ocean Drive district. My use and enjoyment of my home and neighborhood is diminished every day by the industrial features now in view.

9.     If the Stop Work Order is lifted, construction will resume, more turbines will be installed, and the remaining open-ocean vistas will be further and likely permanently degraded.

That would cause additional and irreversible harm to my aesthetic interests, to the historic integrity of my property, and to the historic character of the Ocean Drive district.

      10.    I support Green Oceans' efforts because the organization seeks to protect the ocean and coastal resources, including historic ocean viewsheds, that I use and enjoy. My injuries are concrete and particularized: they arise from the current visual intrusion of turbines and associated infrastructure and would worsen if construction resumes.

      I declare under penalty of perjury that the foregoing is true and correct.

Date signed: September 17, 2025

<u>s/ Barbara Chapman</u>
Barbara Chapman