# EXHIBIT 5

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND et al., *Plaintiff*, | )<br>)<br>)<br>) |
| v. | ) C.A. No. 1:25-cv-00439 |
| UNITED STATES DEPARTMENT OF THE INTERIOR et al., *Defendants*. | )<br>) Hon. Mary S. McElroy<br>)<br>)<br>)<br>) |

### Declaration of Chris Brown

I, Chris Brown, under 28 U.S.C. § 1746, hereby declare:

1. My name is Chris Brown, and I am a member of Green Oceans. I am a commercial fisherman based out of Point Judith, Rhode Island, and have been fishing in the waters of Rhode Island and Massachusetts since 1976. I have captained commercial fishing vessels since 1979 and currently own and operate two small boats. Until August 2023, I served on Rhode Island's Coastal Resources Management Council's Fisheries Advisory Board, resigning with the other members after the Commission approved the Revolution Wind, South Fork Wind, and Sunrise Wind projects. Green Oceans is seeking to protect my interests as a fisherman by working to preserve the Cox Ledge, the fisheries, and the ocean habitats that Revolution Wind threatens.

2. I have been fishing in the area between Block Island, Rhode Island and Martha's Vineyard, Massachusetts for decades. One of the most productive areas where I fish is in Revolution Wind's lease area, which overlaps entirely with Cox Ledge. Cox Ledge is an area of hard bottom, diverse habitat between Martha's Vineyard and Block Island. Cox Ledge, and the area where Revolution Wind is being built, is the most important resource fishermen have in

1

southern New England, and it is a habitat and spawning ground for many marine species necessary for my commercial fishing business, particularly Atlantic cod.

Maps created by NOAA demonstrate that the Revolution Wind Project is situated over Cox Ledge and will impact vital Atlantic cod spawning locations:[1]



3.  The construction of Revolution Wind has already had a serious impact on my commercial fishing business, and if completed, it will devastate my livelihood. BOEM openly admitted that Revolution Wind will impact more than one billion fish eggs,[2] drastically reducing the population of fish in the area. NOAA determined that Revolution Wind's full construction "will result in permanent impacts and fragmentation of the sensitive, vulnerable complex habitats

---

[1] *See* NOAA Fisheries, *Scientists Collecting Data on Commercial Fish Species in Wind Energy Lease Areas* (Mar. 12, 2020), https://www.fisheries.noaa.gov/feature-story/scientists-collecting-data-commercial-fish-species-wind-energy-lease-areas; *see also* New England Fishery Management Council, *Southern New England Habitat Area of Particular Concern Framework* (Sept. 26, 2023) at 22, https://d23h0vhsm26o6d.cloudfront.net/230926-SNE-HAPC-Framework-FINAL.pdf.

[2] Bureau of Ocean Energy Management, *Revolution Wind Final Environmental Impact Statement* (July 23, 2023) at 3.13-54, https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/Revolution_Wind_FEIS_Vol1-and-2.pdf (Revolution Wind Final Environmental Impact Statement).

on Cox Ledge."[3] Project construction has caused "regional-scale adverse impacts to [in]habitants on Cox Ledge and population-level impacts to Atlantic cod in Southern New England,"[4] reducing my ability and opportunity to catch Atlantic cod.

4. Revolution Wind's impacts on the cod stock severely limits my fishing capabilities. I, along with every other Atlantic cod fisher, am limited to a certain number of cod catches each year because Atlantic cod are a federally managed stock. When I've caught my quota, I am prohibited from catching any additional cod. As the number of available cod in my fishing areas decreases—which will happen due to Revolution Wind's construction activities in cod spawning areas, the number I am allotted each year will decrease. When this number decreases, I will have less opportunities to fish in certain areas—areas I have fished in for decades—for fear of catching cod and going above my quota. Any reductions in catch share will have a limiting influence on how I fish.

5. Additionally, if Revolution Wind were to become operational and connected to the electric grid, fish will flee the area. I experienced this effect when the Block Island project became operational. In the year before Block Island was operational, I caught around 20,000 pounds of cod near the area. In the year after the Project became operational—after its electrification—I caught less than 100 pounds of cod in the area. The fish were no longer in the area. The Revolution Wind Project is also a navigational and safety hazard. Getting around the cables and turbines is incredibly dangerous for my trawl fishing vessels.

---

[3] National Oceanic and Atmospheric Administration, Revolution Wind Essential Fish Habitat Consultation (June 16, 2023) at 26, https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/NMFSEFH-Letter-Revolution-Wind.pdf.
[4] Revolution Wind Final Environmental Impact Statement *supra* note 2 at Appendix L-164, Comment BOEM-2022-0045-0100 (National Marine Fisheries Service Comment).

3

6.      The construction of Revolution Wind has already caused lasting harm to commercial fishermen, and the presence of turbines and cables has made parts of the area unusable. The Work Stop Order issued by BOEM on August 22, 2025, is the only safeguard left. It has paused further construction and given BOEM an opportunity to reevaluate approvals that have already caused significant environmental damage. If the Order is lifted, the harm will only be exacerbated as the remaining turbines are installed, and the damage becomes irreversible.

I declare under penalty of perjury that the foregoing is true and correct.

Date Signed: September 18, 2025

s/Chris Brown
Chris Brown