# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF RHODE ISLAND et al., <br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR et al., <br><br> *Defendants*. | C.A. No. 1:25-cv-00439 <br><br> Hon. Mary S. McElroy |

**Declaration of Lauren Knight**

I, Lauren Knight, under 28 U.S.C. § 1746, hereby declare:

1. My name is Lauren Knight, and I am a member of Green Oceans. I am a recreational sailor from Marion, Massachusetts who sails within the Revolution Wind lease area, and I also serve as a volunteer member of the United States Coast Guard Auxiliary Flotilla 06-03. Green Oceans is seeking to protect my interests as a sailor by working to preserve the Rhode Island Sound environment which Revolution Wind threatens.

2. The construction and operation of the Revolution Wind Project will have a devastating impact on me and my recreational sailing activities. Before this Project, I safely navigated the Project area (known as Rhode Island Sound on nautical charts) in the Marion Bermuda Race (2017, 2019, 2023) as well as return transits from Bermuda, and I sailed to and from New York City, Fishers Island, Long Island, Block Island and other points west and south of my home port, Marion, Massachusetts, from 2017 to 2023. The peace and tranquility I experienced during these voyages is beyond measure and are the best experiences of my life. Unable to do this kind of distance sailing until 2017, it is my life's quest to do as much sailing as possible now. It took me years of practical training to achieve my current level of competence as

1

a navigator, skipper, and boat owner. I sail to experience nature's beauty. The destruction of the peace and natural beauty of this body of water is irreplaceable. Light pollution, noise pollution, increased vessel traffic and certain environmental devastation in the event of future storms will forever ruin this natural sailing area and rob me of my pursuit of peace and happiness.

3. The Project is a navigational hazard. The turbines height and length of blades present radar interference for all vessels, and weather conditions such as fog that reduces visibility to under ¼ mile is common in this area (Rhode Island Sound). I rely on radar when visibility requires it. Unreliable radar is a devastating level of risk to recreational mariners. Sailors like me will be forced to choose between pursuing their passion for sailing or staying alive. Fog can develop without warning and can be unavoidable. These unreasonable risks are easily prevented if these projects are located farther away from shore.

4. The Project presents a safety hazard. The U.S. Coast Guard specified that the wind turbine areas will present increased hazards to search and rescue missions and as such, will necessitate stopping rescue missions near wind turbine locations to prevent their crews from incurring additional risk. Despite taking precautions and practicing safe boating at all times, unforeseen events can lead mariners to call the U.S. Coast Guard for rescue within the 200-mile offshore limit along the Atlantic seaboard. The increased risks I will have to incur due to this Project are life threatening. Sailing in this area, which is one of the greatest joys in my life, is not something I want to be forced to abandon.

5. Sailing around the turbines will be incredibly dangerous for my sailing vessel. The unpredictable updrafts, downdrafts, and turbulence from the blades will disrupt the natural flow of the wind and will make staying on course extremely challenging. It will also affect wind forecasting which sailors like me rely upon to make decisions including course, sail trim and

route planning. Turbulence affects speed as well and will make route planning dangerously inaccurate.

6.      If completed, the Revolution Wind turbine project will be devasting to me because I will be unable to find peace in the beauty of Rhode Island Sound, I will be less safe sailing my vessel, and I will incur substantially more risk to my health and safety as I pursue my recreational passion. For this reason, I view the BOEM Director's Order which halted construction of this project as a necessary bulwark in protecting the safety and freedom of myself and others throughout the sailing community. A revocation of this order would result in damage to my safety and enjoyment of sailing becoming permanent and immutable.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Lauren Knight<br>Lauren Knight

Date Signed: September 17, 2025