# EXHIBIT 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF RHODE ISLAND et al.,<br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:25-cv-00439<br>)<br>)   Hon. Mary S. McElroy<br>)<br>)<br>)<br>) |

**Declaration of Cheryl Andrews-Maltais**

I, Cheryl Andrews-Maltais, under 28 U.S.C. § 1746, hereby declare:

1.  I am Chairwoman of the Wampanoag Tribe of Gay Head Aquinnah (Aquinnah Wampanoag) (Tribe), a member of Green Oceans. I submit this declaration to describe how the Tribe's cultural, historical, and spiritual interests in the ocean and surrounding environment have been harmed by the construction and operation of the Revolution Wind Project, and how Green Oceans represents and advocates for those interests.

2.  The Wampanoag Tribe of Gay Head Aquinnah is a federally recognized Indian Tribe. We are known as *The People of the First Light*. Our aboriginal Wampanoag Territory homelands spans from north of current day Boston Massachusetts, westward and south to Mount Hope Bay in eastern Rhode Island, and then eastward to include southeastern Massachusetts, Cape Cod, the Elizabeth Islands, Noepe (aka Martha's Vineyard) and Nantucket, and all the submerged lands all the way out to the Outer Continental Shelf break. As the original stewards of this region; we have inhabited the lands and utilized the waters and their resources since time immemorial. We lived upon the land, practiced our traditions and culture, held ceremony and interred our People on the land that is currently dry, and within the land that is currently

submerged. We were hunters, gatherers, farmers, fishermen and whalers. Currently the Tribe's population is approximately 1,570 enrolled Tribal Member citizens. Green Oceans represents our collective interests in protecting the marine environment and sacred resources within this aboriginal territory.

3. Our tradition and cultural beliefs teach us that we are a part of nature, and interrelated to the lands, waters, sky, all things and all beings—not above or superior to anything. Because of these teachings, we strove—and continue to strive—to maintain a harmony between us and our natural world. When European settlers arrived, they did not understand this concept and challenged this harmony. Despite the centuries of constant encroachment, the forced dispossession of our lands, waters and natural resources, the attempted genocide of our People and attempted extinguishment of our traditions, language and culture, we continue to exist and thrive in our homelands. Through our determination and resilience, our Tribe has endured, and tirelessly works to combat these perpetual injustices, in order to protect our native lands, waters and traditional ways of life.

4. The unobstructed and majestic views from the south side of the island from Chappaquiddick to Aquinnah and the Aquinnah (Gay Head) Cliffs, which overlook the waters where the Revolution Wind Project is being constructed, are areas of unparalleled cultural significance to the Aquinnah Wampanoag Tribe. The unobstructed eastern view is inextricably intwined with who we are as a People and our cosmology, essential to our spiritual beliefs and practices. In 2010, the Department of the Interior National Park Service's Keeper of the National Register designated all of Nantucket Sound as a Traditional Cultural Property, eligible for listing on the National Register of Historic Places under all four (4) Criteria. The Aquinnah (Gay Head) Cliffs are sacred to us and are also inextricably intwined with the history traditions and

cosmology of our People. The Aquinnah (Gay Head) Cliffs are the only multi-colored clay cliffs in the world. They have been listed on the National Park Service National Register of Historic Places as a Natural National Landmark since 1966. The Revolution Wind Project has forever desecrated these views. The construction of this industrial wind farm park has disturbed, and in places destroyed the seabed, and has impacted all marine life. The area of potential effect of Revolution Wind is also in the pathways of our walking, canoe trade, and commerce routes to the other coastal Tribes, like the Narragansett Indian Tribe of Rhode Island, and the Shinnecock Tribal Nation of Long Island New York. Within this area are an untold number of submerged archeological resources including the likelihood of ancient burials. These giant turbines and their construction vessels have also destroyed the night sky. The lights are visible from these turbines and from the construction vessels virtually every night, negatively impacting our ability to clearly see the night constellations. These turbines and their construction vessels have disrupted the night sky, diminishing our ability to observe celestial events that are central to our traditions.

5.    As previously noted, the name Wampanoag means *The People of the First Light*, and historically our people would greet the first morning light arriving over the ocean from the east. From our Sacred Aquinnah (Gay Head) Cliffs, it is the only site on the island where we can see and have Ceremony to honor both sunrise and sunset. Additionally, there are dry land and ancient submerged archeological resources and burial sites that are being destroyed by the construction of the project. These burial sites, sacred places, and historic views have been put at risk and impaired by Revolution Wind's approval and construction, injuring the Tribe's cultural interests that Green Oceans seeks to defend.

6.    The Stop Work Order issued by BOEM on August 22, 2025, has provided a temporary reprieve by halting further construction. This pause has slowed additional damage to

our sacred views, burial sites, and cultural resources. If the Order is lifted, however, the remaining turbines will be built, and the injuries to our Tribe's cultural and spiritual interests will become permanent. Green Oceans represents our interests in ensuring that does not happen.

7. This Project also threatens the North Atlantic Right Whale, which is a vital part of our Tribe's history, customs, and culture. Our Tribe considers the North Atlantic Right Whales that live and travel through the waters of the Revolution Wind Project area as our relatives. Since time immemorial, our Tribe has made use of the meat, fat, bones and baleen and all other parts of the North Atlantic Right Whale. They are our relatives who gave up their lives to provide us with sustenance and resources for industrial uses. While we no longer hunt this whale, our Tribe conducts ceremonies for all the whales and other large mammals who we consider our relatives that wash up on our beaches, burying the remaining skeletons of any whales that beach along the shores of Noepe. Whalebone has long been part of Wampanoag traditional usage, from using large vertebrae for chopping wood to using small bones for shaping materials, jewelry, frames, combs, sewing needles and even eating utensils.

8. The connection between whales and the Wampanoag people figures strongly into our story of Moshup, the giant, who in our oral history, led the Wampanoag People. He created Nantucket from the ash of his great pipe. And it was he who turned the dry land of Noepe into an island. He provided a place for us to live over 13,000 years ago. In so doing, he shared the whales that he would hunt and catch with the People, providing them with nourishment and sustenance. Moshup would gift the Wampanoag people with the North Atlantic Right Whale. The North Atlantic Right Whale is so important to the Tribe that it is represented in our official Tribal Seal.

9. In addition to the Aquinnah (Gay Head) Cliffs, the Aquinnah Wampanoag's traditional Tribal lands also include the Gay Head Lighthouse and Edwin DeVries Vanderhoop Homestead and Aquinnah Circle, which are listed in the National Register of Historic Places. For centuries, hundreds of thousands if not millions of tourists travel to the Aquinnah (Gay Head) Cliffs to enjoy its colorful beauty and panoramic ocean views, which include the waters where Revolution Wind is being constructed. The historic viewsheds of these nationally designated historic sites have been destroyed by Revolution Wind, and the Aquinnah Wampanoag Tribe expressed concerns and objections which were never meaningfully considered during any of the government-to-government consultations required by Executive Order 13175 throughout the Project's environmental review. By destroying these historic, culturally sacred viewsheds, the submerged archeological features, and the delicate balance of the marine environment, the Project has injured and continues to injure the Tribe.

10. The construction of Revolution Wind over Coxes Ledge has also harmed the Tribe and its members. Coxes Ledge is one of the premier fishing locations for a variety of species, including Atlantic Cod. Wampanoag fishermen have been fishing on Coxes Ledge since time immemorial and continues with this tradition today. Revolution Wind's development has destroyed Coxes Ledge and its rich and historic fishing region, which is just off the coast of the Aquinnah (Gay Head) Cliffs.

11. Although construction of Revolution Wind is already far advanced, the Stop Work Order has prevented the remaining turbines from being installed and has paused further injury to our cultural viewsheds, sacred sites, and marine environment. If the Order is lifted, construction will immediately resume, the final turbines will rise, and the limited protection now in place will be lost—leaving our Tribe's cultural and spiritual resources permanently diminished. Green

Oceans represents my interests in ensuring the government fully reconsiders these harms before allowing the Project to be completed.

I declare under penalty of perjury that the foregoing is true and correct.

Date signed:   September 18, 2025

s/ Cheryl Andrews-Maltais
Cheryl Andrews-Maltais, Chairwoman
Wampanoag Tribe of Gay Head (Aquinnah)