# ATTACHMENT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND, et al, ) | |
|    Plaintiffs, ) | |
| v. ) | C.A. No. 1:25-cv-00439-MSM-PAS |
| UNITED STATES DEPARTMENT OF ) | |
| THE INTERIOR, et al. ) | |
|    Defendants. ) | |
| ) | |

## DECLARATION OF PATRICK CROWLEY
## CO-CHAIR OF CLIMATE JOBS RHODE ISLAND

I, Patrick Crowley, pursuant to 28 U.S.C. § 1746, hereby declare that:

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration.

2. I am Co-Chair of Climate Jobs Rhode Island ("CJRI"), in addition to being the President of the Rhode Island AFL-CIO. I am a union organizer with nearly 30 years of service to the labor movement. In 2021, I helped found Climate Jobs Rhode Island, a broad and growing coalition of labor, environmental, and community partners committed to a just transition to an equitable, pro-worker, pro-climate green economy.

3. Climate Jobs Rhode Island (CJRI) is a coalition of more than thirty (30) labor unions, environmental, and community organizations committed to working together to make Rhode Island a national leader in the development of a resilient 21st century economy through a Just Transition, that centers our frontline communities and frontline workers.

4. Our members include organizations that represent the frontline workers that build, repair, and maintain Rhode Island's critical infrastructure and energy systems, including the

International Brotherhood of Electrical Workers Local 99, International Union of Painters and Allied Trades Local 195, Iron Workers Local 37, the Laborers International Union of North America, and the United Brotherhood of Carpenters, as well as community groups, and environmental organizations.

5. As Co-Chair of CJRI, I work in close partnership with labor union leaders, environmental organizations, and frontline communities to build and advance a strategic vision that reflects both climate science and economic justice. The buildout of an American offshore wind industry is a critical part of the strategic vision that we have spent years developing right here in Rhode Island. And it is this strategic vision that then resulted in the formation of the CJRI coalition, to work to bring that vision to fruition.

6. Our deep interest in offshore wind stems from the hundreds of workers our coalition members represent in Rhode Island who have worked on offshore wind projects, including Revolution Wind, and the many additional hundreds of workers that the offshore wind industry was slated to employ in the near future. Members of our coalition represent workers building out our state's port infrastructure, workers employed in the construction of wind farms, and workers employed servicing turbines in operation and maintenance after they are built.

7. Our coalition members have invested time and money creating and utilizing training programs for the workers they represent that are specific to the offshore wind industry. These include trainings and certifications from the Society of Professional Rope Access Technicians, Helicopter Underwater Egress Training, and Rhode Island's own Global Wind Organization (GWO) accredited Basic Safety Training center, brought to the state through the dedicated efforts of the Rhode Island Building and Construction Trades Council in partnership with Building Futures and the Community College of Rhode Island (CCRI).

8. In addition, the GWO training that members of our coalition, including the International Brotherhood of Electrical Workers Local 99, International Union of Painters and Allied Trades Local 195, Iron Workers Local 37, the Laborers International Union of North America, and the United Brotherhood of Carpenters, have worked to develop at CCRI includes

specific modules in Working at Heights, Manual Handling, First Aid, Sea Survival, and Fire Awareness – training that is required to work on offshore wind projects. To date, 170 workers that our coalition members represent have spent time and resources to learn these specialized skills to qualify for the future employment on the thousands of jobs that the offshore wind industry has promised to bring to Rhode Island.

9. As a result of the Stop Work Order for Revolution Wind, workers represented by our coalition members were idled, and they were losing out on opportunities to recoup on the investments in training and equipment that our coalition members and the workers they represent have made.

10. Specifically, the approximately 800 union employees working on Revolution Wind were doing so under the terms of a project labor agreement between North America's Building Trades Unions (NABTU), the United Brotherhood of Carpenters, and Ørsted, known as the National Offshore Wind Agreement ("NOWA"), which governs labor relations and terms and conditions of employment for the offshore portion of the construction of six Ørsted projects, including Revolution Wind, that were slated to be built in the United States. Prior to the Stop Work Order for Revolution Wind, these skilled building trades workers, including those represented by a number of unions that are CJCI coalition members, have worked over 1.7 million hours on the Revolution Wind project. Those hours have enabled workers employed on the Revolution Wind project to earn over $107.3 million in wages and over $53.7 million in health and pension contributions, for total compensation so far in excess of $161 million.

11. The employees working on Revolution Wind have undergone extensive training and have been performing the offshore work for years. But now, as a result of the Stop Work Order, they are at risk of being left idled. The same is true for union construction workers performing construction work onshore for the Revolution Wind project. Those employees were also working

under collective bargaining agreements with NABTU's affiliates to assemble and construct the components that are transported by vessel for installation offshore. Their jobs are also now in a state of precarious uncertainty because of the Stop Work Order.

12. Prospects of future employment—good jobs, paying living wages, providing health care, and retirement security—for Rhode Island workers are being taken away without any justification or consideration of those workers' interests, and may not be recoverable. As a result of the chilling effect of the Stop Work Order, the training of additional workers with the necessary skills to do the complex work required in the offshore wind industry is jeopardized, and Rhode Island workers are questioning whether they should commit their future to this industry – meaning that, even if the industry comes back and Revolution Wind has resumed construction, American workers will not be available to do these jobs – essentially ceding work in this growing global industry to workers from other countries.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25 day of September in 2025.

Patrick Crowley
Co-Chair, Climate Jobs Rhode Island