UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND et al., ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | C.A. No. 1:25-cv-00439 |
| ) | |
| UNITED STATES DEPARTMENT OF ) | Hon. Mary S. McElroy |
| THE INTERIOR et al., ) | |
| ) | |
| *Defendants*. ) | |

**Proposed Defendant-Intervenor's Notice of Recent Authority**

Proposed Defendant-Intervenor, Green Oceans, hereby advises the Court that on September 22, 2025, the United States District Court for the District of Columbia lifted the August 22, 2025 Stop Work Order at issue in this case and granted Revolution Wind, LLC's, motion for preliminary injunction and administrative stay.[1] The District Court for the District of Columbia also enjoined the federal Government from enforcing the Stop Work Order.[2]

Because Judge Lamberth's ruling has already provided the relief the States seek in this case, that decision may render the States' motion for preliminary injunction, and indeed this entire action—including Green Oceans' pending motion to intervene—moot.

Respectfully submitted,

*/s/ Thomas W. Lyons*
Thomas W. Lyons, Esq.
Rhode Island Bar No. 2946
One State Street, Suite 600
Providence, RI 02908

---

[1] *See* Exhibit 1, *LLC v. Burgum, et al.*, No. 1:25-cv-02999-RCL (D.D.C. Sept. 22, 2025), ECF No. 36.
[2] *Id.* at 2.

 Tel.: (401) 456-0700
 Fax.: (401) 421-4730
 tlyons@straussfactor.com

 Roger J. Marzulla (Pro Hac Vice)
 D.C. Bar No. 394907
 Marzulla Law, LLC
 1150 Connecticut Ave., NW
 Suite 1050
 Washington, DC 20036
 Tel: (202) 822-6760
 roger@marzulla.com

September 26, 2025  Attorneys for Green Oceans

## CERTIFICATE OF SERVICE

On September 26, 2025, I caused the within motion to be filed electronically and it is available for viewing and downloading from the ECF system.

  *Thomas W. Lyons*