# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND;<br>STATE OF CONNECTICUT; and<br>KATHERINE DYKES, Commissioner of the Connecticut Department of Energy and Environmental Protection,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; BUREAU OF OCEAN ENERGY MANAGEMENT; MATTHEW GIACONA, Acting Director of Bureau of Ocean Energy Management, in his official capacity; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; and KENNETH STEVENS, Principal Deputy Director of the Bureau of Safety and Environmental Enforcement, in his official capacity,<br><br>        Defendants. | C.A. No. 1:25-cv-00439 |

**OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO STAY IN LIGHT OF LAPSE OF APPROPRIATIONS**

State Plaintiffs hereby oppose Defendants' motion to stay for the new reason of lapse of federal appropriations. State Plaintiffs have moved for a preliminary injunction to lift the Stop Work Order so that the Revolution Wind Project may continue. Doc. 21. In that motion State Plaintiffs have demonstrated a range of immediate, irreparable harm to state interests. *Id.* at 31-41. As explained fully in that motion, these interests are time sensitive, and as explained further in Plaintiff States' already-filed opposition to motion to stay, those time sensitivities remain despite

a preliminary injunction granted in a case brought by other parties in the United States District Court for the District of Columbia.  Doc. 29.

Defendants are not correct that they are prohibited by statute from continuing to respond in this matter.  Doc. 31, ¶ 2.  While 31 U.S.C. § 1342 does prohibit the federal government from accepting voluntary services "exceeding [those] authorized by law," current Department of Justice policy recognizes that this Court's denial of a stay request "would constitute express legal authorization for the activity[, in other words, this lawsuit and all applicable briefing deadlines,] to continue."  United States Dep't of Justice, "U.S. Department of Justice FY 2026 Contingency Plan," (Sep. 29, 2025), https://www.justice.gov/jmd/media/1377216/dl.

Here, the Defendants are scheduled to file their opposition to the preliminary injunction motion today.  And the State Plaintiffs have explained that they need timely relief from this Court in order to prevent imminent, irreparable harm to their States.

For all of the reasons the Plaintiff States have articulated here and in their prior motions and oppositions, *see* Docs. 21 and 23, the Defendants' request should be denied.

Dated: October 1, 2025

**PETER F. NERONHA**
ATTORNEY GENERAL OF RHODE ISLAND

By: /s/ Sarah W. Rice
Katherine Connolly Sadeck (Bar No. 8637)
*Solicitor General*
Sarah W. Rice (Bar No. 10588)
*Assistant Attorney General*
Nicholas M. Vaz (Bar No. 9501)
*Special Assistant Attorney General*
Alex Carnevale (Bar No. 10724)
*Special Assistant Attorney General*
Leonard Giarrano IV (Bar No. 10731)
*Special Assistant Attorney General*
Judy M. Shih* (CA Bar No. 206394)
*Special Assistant Attorney General*
Maithreyi Ratakonda* (NY Bar No. 5060124)
*Special Assistant Attorney General*
Max Jordan Kober* (NY Bar No. 5911409)
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
Tel.: (401) 274-4400
ksadeck@riag.ri.gov
srice@riag.ri.gov
nvaz@riag.ri.gov
acarnevale@riag.ri.gov
lgiarrano@riag.ri.gov
judy@statesunited.org
mai@statesunited.org
max@statesunited.org

*Counsel for the State of Rhode Island*

Respectfully submitted,

**WILLIAM TONG**
ATTORNEY GENERAL OF CONNECTICUT

By: /s/ Evan O'Roark
Michael K. Skold* (CT Bar No. ct28407)
*Solicitor General*
Matthew I. Levine* (CT Bar No. ct18898)
*Deputy Associate Attorney General*
Evan O'Roark* (CT Bar No. ct30562)
*Deputy Solicitor General*
Benjamin Cheney* (CT Bar No. ct29685)
*Assistant Attorney General*
165 Capitol Avenue
Hartford, CT 06106
Tel.: (860) 808-5316
michael.skold@ct.gov
matthew.levine@ct.gov
evan.oroark@ct.gov
benjamin.cheney@ct.gov

*Counsel for the State of Connecticut and Katherine Dykes*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, I electronically filed the foregoing opposition using the CM/ECF electronic filing system, thereby causing it to be electronically transmitted to counsel for all parties of record.

/s/ Sarah W. Rice