# EXHIBIT H

**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
NATIONAL MARINE FISHERIES SERVICE
GREATER ATLANTIC REGIONAL FISHERIES OFFICE
55 Great Republic Drive
Gloucester, MA 01930

March 15, 2023

Ms. Karen Baker
Chief, Office of Renewable Energy Programs
Bureau of Ocean Energy Management
45600 Woodland Road VAM–OEP
Sterling, VA 20166

RE: Cooperating Agency Review of the Preliminary Final Environmental Impact Statement
(PFEIS) for Revolution Wind

Dear Ms. Baker:

We appreciate the opportunity to review the Revolution Wind Preliminary Final Environmental
Impact Statement (PFEIS) provided for our cooperating agency review on February 23, 2023.
In our dual role as both a cooperating and adopting agency, we provided extensive comments
during an interagency review of both the preliminary draft EIS (PDEIS) in May 2022 and the
published DEIS in October 2022. Below, we provide high level comments. Additional
technical comments by section are provided in the attachment. We recommend these issues be
resolved prior to publication of the FEIS.

**Environmentally Preferred Alternative**
We consider the Habitat Impact Minimization Alternative (Alternative C) to be the
environmentally preferred alternative for this project. Given the significance of Cox Ledge to
the ecology of Southern New England, we recommend this alternative be selected to avoid and
minimize impacts to known Atlantic cod spawning areas and complex habitats on Cox Ledge
that are vulnerable to long-term and permanent impacts from construction and operation of this
project. Surveys conducted late in the regulatory process identified 21 wind turbine generator
(WTG) positions that were infeasible for construction, which has implications for the current
structure of Alternative C. Based on this new information and the inability to build in certain
positions included in Alternatives C1 and C2, BOEM is now deeming both of these alternatives
unable to meet the project's power purchase agreements (PPA), and therefore presumably
infeasible. However, it is our position that the Habitat Impact Minimization Alternative
remains viable and we recommend that the FEIS carry forward a modified Alternative C that
would still meet the PPA requirements while considering the new limitations on WTG
positions. In our coordination on the habitat alternative as well as our DEIS comments, we
recommended BOEM define the alternative to allow flexibility to consider a range of turbines
to be removed. Those comments have not been addressed in this PFEIS, which continues to
only consider two specific layouts with a defined number of WTGs for removal (C1 and C2).
We recommend BOEM address this issue and our previous comments by including a C3 sub-
option that would meet the PPA by considering removal of 14 WTGs within areas overlapping
cod spawning aggregations and complex habitats. As previously discussed, areas for removal
should first occur within the identified Priority Area 1, which overlaps documented spawning
aggregations and complex habitats followed by Priority Area 2, to minimize impacts to



complex habitats while maintaining a continuous undeveloped area to minimize habitat fragmentation. This alternative would differ meaningfully from BOEM's new Alternative G, and thus not be duplicative of that alternative, as it would focus all turbine removal in these priority areas. Those positions should be selected based on available cod detection data and habitat data, and we can work with you through our EFH consultation process to identify specific positions of greatest concern. This is a reasonable alternative that meets the scope and intent of the existing Alternative C and also the purpose and need of BOEM's action, while minimizing impacts to habitat important to cod and the greater Southern New England marine ecosystem. In our view, there is sufficient scientific evidence that this proposed Habitat Impact Minimization Alternative would avoid or substantially lessen significant impacts of the project on critical cod spawning habitat and other important complex benthic habitat.

### BOEM's Identified Preferred Alternative

In response to the new information related to the viability of some turbine positions, BOEM identified a new alternative, Alternative G, which considers construction of 65 turbines within 79 possible positions. This has been identified by BOEM as the preferred alternative. While we agree that the number of WTGs should be reduced to the maximum extent possible given the sensitive habitats and conflicts in this lease area, we do not consider this to be the environmentally preferred alternative. BOEM has identified three sub-alternatives, including G1, which is intended to maximize the avoidance of complex benthic habitat and cod spawning areas. However, this alternative only removes a maximum of three turbines in Priority Area 1 and maintains substantial overlap in the area of known cod spawning activity, where cod grunts and acoustic detections have been identified for multiple years[1], demonstrating the presence of a cod spawning aggregation. Further, this alternative does not maintain a continuous undeveloped area, and thus is fragmenting these vulnerable habitats on Cox Ledge. The FEIS currently does not provide a full comparison on Alternative G with the Habitat Impact Minimization Alternative. To fully illustrate the impacts of BOEM's preferred alternative, we recommend that consistent and meaningful comparisons to all other alternatives be made in the FEIS, including comparisons of Alternative G to the Habitat Impact Minimization Alternative. We also encourage BOEM to fully describe the impacts of Alternative G, as it was not described and evaluated in the DEIS, and consider whether it includes new or different impacts/issues that were not evaluated in the DEIS and available for review by the public and cooperating agencies.

### Atlantic Cod Spawning Activity

Large-scale offshore wind development on and adjacent to cod spawning activity and sensitive habitats on Cox Ledge remains a significant concern for our agency. Atlantic cod populations are in decline and significantly below target levels, and the complex habitats used by this and other species are more vulnerable to long-term and permanent impacts from development. Minimizing overlap with complex habitats and avoiding overlap with cod spawning activity will reduce the extent of long-term to permanent impacts from the project. Protective mitigation measures are also critical to protect these populations, including the implementation of construction time of year restriction between November and April to be protective of Atlantic

---

[1] Van Hoeck, R., Rowell, T.J., Dean, M. J., Rice, A., Van Parijs, S.M. 2023. Comparing Atlantic Cod Temporal Spawning Dynamics across a Biogeographic Boundary: Insights from Passive Acoustic Monitoring. Marine and Coastal Fisheries, 15 (2) e10226.

cod spawning activity. This measure to avoid impacts to spawning activity is not considered in the FEIS, nor is it listed in Appendix F. The FEIS appears to consider restrictions only during January through April for pile driving, a period which does not cover the peak spawning activity in this area[2]. The findings of the Atlantic Cod Stock Structure Working Group were recently published and identified five biological stocks in U.S. Waters, including a Southern New England stock[3]. We have significant concerns that the project as proposed will result in major adverse population-level effects for this distinct Southern New England population. We ask you to fully consider these consequences and work with our agency to identify mitigation measures to minimize impacts to this species of ecological, economic, and cultural significance to this region.

### Marine Mammal Protection Act

As you are aware, after independent review and a determination of sufficiency, NOAA's National Marine Fisheries Service (NMFS) intends to adopt this FEIS for purposes of fulfilling our independent responsibilities under the National Environmental Policy Act (NEPA) to support our decision of whether to issue an incidental take authorization to Revolution Wind allowing the take of marine mammals. Specifically, we recommend the Alternative analyzing 79 turbines include the exposure estimates in our proposed rule (87 FR 79072, December 23, 2022). To improve the analysis directly related to our action, NMFS recently provided BOEM extensive edits to the Marine Mammals section of Chapter 3 of the Ocean Wind draft FEIS. NMFS requests all edits provided on the Ocean Wind draft FEIS be incorporated into the Revolution Wind FEIS. This includes an additional determination on the effects of the No Action Alternative (i.e., not approving the Construction and Operations Plan) on marine mammals that is comparable to the effect determinations for each Alternative. Further, we recently learned BOEM is developing reusable content directly applicable to the acoustic analysis on the impacts of marine mammals. NMFS requests the opportunity to review this content and that any resulting analysis be incorporated into all FEISs, including Revolution Wind. Given the substantial changes likely to occur, we also request the opportunity to review the Revolution Wind FEIS again prior to it being published.

### ESA and EFH Consultations

The Essential Fish Habitat (EFH) and Endangered Species Act (ESA) consultations for this project have not yet been initiated. Consultations will be initiated once we receive a complete Biological Assessment and EFH Assessment. Please ensure that the information and analysis in the FEIS are consistent with those assessments and final consultation documents. We expect additional mitigation measures identified through those consultations will be incorporated into the FEIS.

---

[2] Van Hoeck, R., Rowell, T.J., Dean, M. J., Rice, A., Van Parijs, S.M. 2023. Comparing Atlantic Cod Temporal Spawning Dynamics across a Biogeographic Boundary: Insights from Passive Acoustic Monitoring. Marine and Coastal Fisheries, 15 (2) e10226.

[3] McBride R. S., R. K. Smedbol, (Editors). 2022. An Interdisciplinary Review of Atlantic Cod (*Gadus morhua*) Stock Structure in the Western North Atlantic Ocean. NOAA Technical Memorandum NMFS-NE-273. Woods Hole, Massachusetts: US Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Northeast Fisheries Science Center. i-x, 264 pp.
https://repository.library.noaa.gov/view/noaa/48082

**Conclusion**

As a cooperating agency, we have an interest in ensuring our trust resources are accurately and adequately described, as we understand BOEM will use this NEPA document to make decisions that will impact resources under our jurisdiction. Additionally, if we deem the document sufficient to do so, we will rely on and adopt your FEIS to satisfy our independent legal obligations to prepare an adequate and sufficient analysis under the NEPA in support of our proposal to issue an Incidental Take Authorization under the MMPA for the proposed project. We urge you to carefully review these comments, and those in the attachment, and to work with us to address these comments prior to publishing the FEIS for this project. If you have any further questions, please contact Sue Tuxbury (susan.tuxbury@noaa.gov). For questions specific to our authorization under MMPA, please contact Jaclyn Daly (jaclyn.daly@noaa.gov).

Sincerely,

Michael Pentony
Regional Administrator

Enclosures: Attachment - Technical Comments

cc:  Katherine Segarra, BOEM
     Jessica Stromberg, BOEM
     Trevis Olivier, BOEM
     Brian Krevor, BOEM
     Brian Hooker, BOEM
     Laura Lee Wolfson, BOEM
     Whitney Hauer, BOEM
     Sue Wilmot, SWCA
     Christine Hartmann, SWCA
     Sophie Godfrey-McKee, NOAA
     Kimberly Damon-Randall, NOAA
     Cristi Reid, NOAA
     Helen Chabot, NOAA
     Jon Hare, NOAA
     Cheri Hunter, BSEE
     Naomi Handell, USACE
     Ruthann Brien, USACE
     Michele Desautels, USCG
     Timothy Timmermann, EPA
     David Simmons, FWS
     Terry Gray, RIDEM
     Jeffrey Willis, RICRMC
     Lisa Engler, MACZM